Nicholas Kronenberger, Appellee, v. Coca Cola Bottling Company of Chicago, Inc., Appellant.

**Gen. No. 42,883.**

opinion
filed December 13, 1944; released for publication January 4, 1945.
James A. Dooley, for appellant; Barney L. Hollowick, for appellee.
Opinion by JUSTICE KILEY. Not to be published in full.